FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOHN CARTER,<br><br>Petitioner,<br><br>vs.<br><br>J. W. SULLIVAN, Warden,<br><br>Respondent. | Case No. CV 07-2473-JVS (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss the Petition; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 2-28-08

HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge